IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

CINDY L. RESCHKE,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, **CINDY L. RESCHKE**, by and through undersigned counsel, sues Defendant, **TARGET CORPORATION**, and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $30,000.00, exclusive of attorneys' fees, interest and costs, and Plaintiff hereby demands a trial by jury; accordingly, although, to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by Plaintiff is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 21, Florida Constitution. Notwithstanding the estimate stated by counsel in the civil cover sheet, the amount of damages is yet to be determined since, absent settlement, that decision is committed to the jury by Article I, Section 22, of the Florida Constitution.

2. At all times material hereto, Plaintiff, **CINDY L. RESCHKE,** was and is a resident of Jacksonville, Duval County, Florida.

3. At all times material hereto, Defendant, **TARGET CORPORATION,** was a Foreign Profit Corporation registered in Minneapolis with its principal address at 1000 Nicollet Mall, Minneapolis, Hennepin County, Minnesota 55403.

4. At all times material hereto, Defendant, **TARGET CORPORATION,** was conducting business in Duval County, Florida as Super Target at the location of 9525 Crosshill Blvd., Jacksonville, Duval County, Florida 32222.

5. That the occurrence giving rise to this cause of action occurred on April 23, 2020, at the Super Target located at the location of 9525 Crosshill Blvd., Jacksonville, Duval County, Florida 32222.

## COUNT I – NEGLIGENCE OF TARGET CORPORATION

6. At all times material hereto, Defendant was in possession of, owned, maintained, managed, and/or controlled the premises located at 9525 Crosshill Blvd., Jacksonville, Duval County, Florida 32222.

7. At all times material hereto, Plaintiff, **CINDY L. RESCHKE,** was a patron and business invitee on the Defendant's premises located at 9525 Crosshill Blvd., Jacksonville, Duval County, Florida 32222, and entered the premises for the purpose of purchasing merchandise from the Defendant.

8. At all times material hereto Defendant through its employees owed a duty to the Plaintiff to use reasonable care while moving shopping carts in and out of the store.

9. At all times material hereto Defendant through its employees owed a duty to the plaintiff to use reasonable care while moving shopping carts throughout the store.

10. That Defendant negligently breached that duty when an employee pushing a cart f struck the Plaintiff multiple times causing Plaintiff to fall.

11. Defendant failed to properly instruct, teach, and train, its employees to use shopping carts in a reasonable and safe manner.

12. The employee was an agent of Defendant whose name is unknown at this time.

13. As a result, Plaintiff, **CINDY L. RESCHKE,** suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future. Plaintiff, **CINDY L. RESCHKE**, has sustained permanent injuries within a reasonable degree of medical probability.

**WHEREFORE**, Plaintiff **CINDY L. RESCHKE** demands judgment against Defendant, **TARGET CORPORATION**, for damages and costs and a trial by jury of all issues herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing will be furnished to the Defendant by private process server.

FARAH & FARAH, P.A.

/s/ John C. Thomas
JOHN C. THOMAS, ESQUIRE
FL Bar No.: 22077
10 West Adams Street
Jacksonville, FL 32202
(904) 515-2578 • Direct and Fax
Primary: jthomas@farahandfarah.com
Secondary: mwomble@farahandfarah.com

**ATTORNEY FOR PLAINTIFF**