**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CINDY L. RESCHKE,

      Plaintiff,

v.

Case No. 3:21-cv-1081-MMH-PDB

TARGET CORPORATION, a
Foreign Profit Corporation,

      Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Remand (Doc. 12; Motion), filed on November 24, 2021. Upon review of the Motion, it appears that Plaintiff has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer.[1] As such, the Court will require Plaintiff to file a supplement: (1) certifying that she has conferred with Defendant (2) indicating whether Defendant agrees on the

---

[1] The Court notes that the Motion also appears to violate Local Rule 1.08 which sets forth new typography requirements. The parties should ensure compliance with this Local Rule as well in their filings going forward. To familiarize themselves with the key changes to the Local Rules, all parties are encouraged to review the Video Presentation on New Local Rules available on the Middle District of Florida website at www.flmd.uscourts.gov/local-rules.

1

resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires. Accordingly, it is

**ORDERED:**

Plaintiff Cindy L. Reschke is **DIRECTED** to file a supplement to Plaintiff's Motion for Remand (Doc. 12) with the requisite Local Rule 3.01(g) Certification on or before **December 16, 2021**.

**DONE AND ORDERED** in Jacksonville, Florida, on November 30, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc28
Copies to:

Counsel of Record