UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CINDY L. RESCHKE

    Plaintiff,

vs.                              CASE NO.: 3:21-cv-01081-MMH-PDB

TARGET CORPORATION, a
Foreign Profit Corporation

    Defendant.
_____/

## **STIPULATION TO REMAND REMOVED ACTION**

Plaintiff, CINDY L. RESHKE, and Defendant, TARGET CORPORATION, hereby stipulate as follows:

1.    On September 24, 2021, the Plaintiff filed her Complaint against Defendant, Target Corporation in the Fourth Judicial Circuit in and for Duval County, Florida.

2.    On October 28, 2021, Defendant, Target Corporation, filed a Notice of Removal, and this action was subsequently removed from the Fourth Judicial Circuit in and for Duval County, Florida to this Court on the basis of this matter falling within the jurisdictional limitations of the court and that there was diversity among the parties.

3. After further discussion pursuant to Local Rule 3.01(g), Local Rules of the United District Court for the Middle District of Florida, the parties have agreed the action should be remanded to the Fourth Judicial Circuit in and for Duval County, Florida. Specially, if the case remains in this Court, the Plaintiff intends to amend the Complaint to name as a party, the Target employee who was pushing a cart which allegedly struck the Plaintiff causing her to fall. The presence of this individual, as a Defendant, who is a Florida resident, would defeat diversity jurisdiction. To that end, the parties hereby stipulate the action be remanded to the Fourth Judicial Circuit in and for Duval County, Florida.

4. The parties further stipulate that each party shall bear their own attorney's fees and costs with respect to the removal and subsequent remand of the action pursuant to this Stipulation.

| | |
|---|---|
| /s/ John C. Thomas | /s/ Joseph B. Stokes, III |
| _____ | _____ |
| **John C. Thomas, Esquire** | **Joseph B. Stokes, III, Esquire** |
| Florida Bar No.: 22077 | Florida Bar No.: 897183 |
| Farah & Farah, P.A. | Saalfield Shad, P.A. |
| 10 West Adams Street | 245 Riverside Avenue, # 400 |
| Jacksonville, FL 32202 | Jacksonville, FL 32202 |
| Email: jthomas@farahandfarah.com; mwomble@farahandfarah.com | Email: jstokes@saalfieldlaw.com llovein@saalfieldlaw.com |
| Telephone: 904-515-2578 | Telephone: 904-355-4401 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated: 12/15/2021 | Dated: 12/15/2021 |