UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CINDY L. RESCHKE,

    Plaintiff,

v.    Case No. 3:21-cv-1081-MMH-PDB

TARGET CORPORATION,

    Defendant.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Stipulation to Remand Removed Action (Dkt. No. 14; Stipulation) filed on December 15, 2021. In the Stipulation, the parties advise the Court that Plaintiff intends to amend the Complaint to add a party that will destroy diversity jurisdiction, and therefore, they stipulate to the remand of this matter. See generally Stipulation. Accordingly, it is

**ORDERED:**

1. This case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida for all further proceedings.

2.  The Clerk of the Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of that court and to close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of December, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Clerk, Fourth Judicial Circuit